RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Kevin J. Larner, Esq. (KL-8627)
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962
(973) 538-0800

Counsel to the Plaintiff, Raritan Hospitality, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>RARITAN HOSPITALITY, LLC,<br><br>       Debtor. | Case No. 10-42099 (KCF)<br><br>Hon. Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 11 |
| RARITAN HOSPITALITY, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>LIFCO HOTELS, LLC and MICHAEL KONIG,<br><br>       Defendants. | Adv. Pro. No. 10-02566 (KCF) |

## CERTIFICATION OF SERVICE

KEVIN J. LARNER, of full age, hereby certifies and states as follows:

1. I am an associate at the law firm of Riker, Danzig, Scherer, Hyland & Perretti

LLP, counsel to Raritan Hospitality, LLC, the plaintiff in the above-captioned adversary

proceeding.

2. I certify that on December 14, 2010, pursuant to Fed. R. Bankr. P. 7004, I caused

the Complaint, Summons and Notice of Pretrial Conference in an Adversary Proceeding to be

served upon the defendants named below, at the addresses listed below, via First Class Mail,

postage prepaid:

Lifco Hotels, LLC
Attn: Officer, Manager or Authorized Agent
1102 Teaneck Road
Teaneck, New Jersey 07666

Lifco Hotels, LLC
Attn: Officer, Manager or Authorized Agent
181 Beach 135th Street
Belle Harbor, New York 11694

Lifco Hotels, LLC
Attn: Officer, Manager or Authorized Agent
6075 Eastern Avenue, Suite 1
Las Vegas, Nevada 89119

Michael Konig
1102 Teaneck Road
Teaneck, New Jersey 07666

Michael Konig
181 Beach 135th Street
Belle Harbor, New York 11694

3.      I further certify that on December 23, 2010, I caused a copy of the First Amended

Complaint First Amended Complaint to Prove Extent and Validity of Liens, Claims and

Encumbrances, to Avoid Liens, to Equitably Subordinate Claims and/or For Damages, which

was filed with the Court on December 23, 2010, to be served via First Class Mail, postage

prepaid upon the defendants named in paragraph 2 above, at the addresses specified therein.

I certify, under penalty of perjury, that the foregoing statements made by me are
true and correct.

_____/s/ Kevin J. Larner_____
Kevin J. Larner

Dated:   December 23, 2010
         Morristown, New Jersey

4097698.2